UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERTA COLVARD,

      Plaintiff,                                      Case No. 09-cv-13012

                                                      Paul D. Borman
                                                      United States District Judge

v.

                                                      Michael Hluchaniuk
                                                      United States Magistrate Judge


COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

_____/


**ORDER**
**(1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;**
**(2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; AND (2)**
**DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Before the Court is Magistrate Judge Michael Hluchaniuk's August 18, 2010 Report and Recommendation (Dkt. No. 13) denying Plaintiff's Motion for Summary Judgment (Dkt. No. 8) and granting Defendant's Motion for Summary Judgment (Dkt. No. 12). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d).

Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, and there being no objections by either party, the Court:

    (1)     **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. No. 13);

1

(2) **GRANTS** Defendant's Motion for Summary Judgment (Dkt. No. 12); and

(3) **DENIES** Plaintiff's Motion for Summary Judgment (Dkt. No. 8).

**SO ORDERED.**


S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: September 7, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 7, 2010.


S/Denise Goodine
Case Manager